1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT
                               DISTRICT OF IDAHO
9

10    LARRY L. MYERS,

11              Plaintiff,
                                                    Case No.  C08-320RJB
12        v.
                                                    PROCEDURAL ORDER
13    URS CORPORATION, a Delaware
      corporation, ;URS HOLDINGS, INC., a
14    Delaware corporation; WASHINGTON
      HOLDINGS, INC., a Delaware corporation,
15
                Defendants
16
              This matter comes before the court on review of the file.  A number of motions are pending
17
      in this case, including the Motion for Judgment on the Pleadings (Dkt. 17), Motion to Dismiss for
18
      Lack of Subject Matter Jurisdiction (Dkt. 25), Motion for Leave to Amend Complaint (Dkt. 27), and
19
      Plaintiff's Motion for Evidentiary Hearing (Dkt. 29).  All of these motions are interrelated, and the
20
      court cannot properly rule on any of them until jurisdictional issues are resolved.  It appears that the
21
      opportunity for reply on the motions filed under Docket Numbers 27 and 29 is on or about June 18,
22
      2009.  All of these matters should be considered together, and accordingly, all pending motions
23
      should be renoted by the court for consideration on June 19, 2009.  The court will address all of
24
      these motions and make a determination as to whether an evidentiary hearing is required, after June
25

26    PROCEDURAL ORDER  - 1

19, 2009, and, if an evidentiary hearing is required, the court will arrange such a hearing as soon as the court's schedule allows after June 19, 2009.  Therefore, it is now

ORDERED that all pending motions, including Docket Numbers 17, 25, 27 and 29 are noted for consideration on June 19, 2009.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 2nd day of June, 2009.

ROBERT J. BRYAN
United States District Judge

PROCEDURAL ORDER - 2