UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| LARRY L. MYERS, an individual,              )<br>                                                                )<br>          Plaintiff,                                       )<br>                                                                )<br> vs.                                                            )<br>                                                                )<br> URS CORPORATION, a Delaware      )<br> corporation; URS HOLDINGS, INC., a )<br> Delaware corporation; and WASHINGTON )<br> HOLDINGS, INC., a Delaware corporation, )<br>                                                                )<br>          Defendants.                                 )<br>                                                                )<br>                                                                ) | Case No. CV-08-00-320-RJB13<br><br>ORDER TO DISMISS WITH PREJUDICE |

Pursuant to the Stipulation to Dismiss with Prejudice, entered into between Plaintiff and Defendants, and good causing appearing therefor;

IT IS HEREBY ORDERED that the Complaint and this action is dismissed with prejudice, each party to bear his or its own costs and attorneys' fees.

# # # #

DATED this 6th day of July, 2009.

*Robert J Bryan*
Robert J Bryan
United States District Judge

ORDER TO DISMISS WITH PREJUDICE - 2

02977.0266.1584463.1